**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1434**

———————

BOBBIE J. PETERSON,

Plaintiff - Appellant,

versus

PIEDMONT TECHNICAL COLLEGE; LEX D. WALTERS,
Dr., President in his official and individual
capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge.
(CA-01-4845-8)

———————

Submitted:  July 25, 2002            Decided:  July 31, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bobbie J. Peterson, Appellant Pro Se.  Charles J. Boykin, James
David Pike, DUFF, DUBBERLY, TURNER, WHITE & BOYKIN, L.L.C.,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobbie Peterson appeals the district court's order dismissing Peterson's claim of employment discrimination and declining to exercise supplemental jurisdiction over her state law claims. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Peterson v. Piedmont Technical</u>, No. CA-01-4845-8 (D.S.C. filed Apr. 3, 2002 & entered Apr. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>